Thomas Zito (CA BAR NO. 304629)
Monica Porter (CA BAR NO. 311974)
Disability Rights Advocates
2001 Center Street, 4th Floor
Berkeley, California 94704-1204
Tel:   (510) 665-8644
Fax:   (510) 665-8511
tzito@dralegal.org
mpoter@dralegal.org

Attorneys for Plaintiffs

Peggy Chang, Esq. (SBN #144364)
Beckman, Feller & Chang PC
2298 Durant Avenue
Berkeley, California 94704
Telephone:   (510) 548-7474
Facsimile:    (510) 548-7488
Email: pchang@bfc-legal.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL PILON,<br><br>  Plaintiff,<br><br>v.<br><br>ZETA TAU ALPHA SORORITY D/B/A ZETA TAU ALPHA FRATERNITY, ALICIA PATTEN WILLIAMS, ZETA TAU ALPHA FRATERNITY HOUSING CORPORATION, UPSILON CHAPTER OF ZETA TAU ALPHA FRATERNITY,<br><br>  Defendants. | Case No. 3:19-cv-05271-JCS<br><br>STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER |

The parties have reached a settlement in this matter. Therefore, the parties hereby apply for and stipulate to issuance of an order dismissing this action in its entirety. So stipulated.

DATED: December 17, 2019     Respectfully submitted,

BECKMAN, FELLER & CHANG PC

_____
Peggy Chang
Attorneys for Defendants

DISABILITY RIGHTS ADVOCATES

_____
Monica Porter
Attorneys for Plaintiffs

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, FOURTH FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

# [PROPOSED] ORDER

Based upon the foregoing application and stipulation and good cause appearing, it is hereby ordered that this action is dismissed in its entirety. The Case Management Conference set for Friday, January 10, 2020 is cancelled.

IT IS SO ORDERED.

DATED: December 18, 2019

The Honorable Joseph C. Spero
Chief Magistrate Judge